UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER GOULDEN, AS ADMINISTRATOR OF THE ESTATE OF JAYSON NEGRON :<br>*Plaintiff*, :<br>:<br>v. :<br>:<br>JAMES BOULAY, ARMANDO PEREZ, & CITY OF BRIDGEPORT :<br>*Defendants*. : | Civil Action No: 3:20-cv-400<br><br><br><br>Nov. 15, 2021 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order, the parties hereby submit the following Joint Status Report.

**A. Status of the Case**

Discovery is ongoing, with all parties propounding and responding to discovery requests, producing witnesses for deposition, and working cooperatively to resolve objections. For the reasons contained within their motion filed last week on Friday, the parties propose an extension of the deadlines within which to complete discovery, including a family/medical leave by plaintiff's counsel expected to occur on or about the first week of December.

**B. Interest in Settlement Discussions**

The parties jointly report that settlement discussions are premature given the status of discovery.

**C. Magistrate Judge**

The parties do not consent to trial before a Magistrate Judge.

**D. Estimated Length of Trial**

The parties are unable to estimate the length of trial at this time. The defendants are expected to file summary judgment motions at the close of discovery, which may narrow or clarify certain issues.

THE PLAINTIFF

DATE:     November 15, 2021

By:__/s/_____
Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, CT 06513
Bar id: ct30100
(203) 909-0048
alextt@gmail.com