UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER GOULDEN, AS ADMINISTRATOR OF THE ESTATE OF JAYSON NEGRON, Plaintiff, | : : : : : | CIV. NO. 3:20cv400(JBA) |
| V. | : : | |
| JAMES BOULAY, ET AL., Defendants. | : : | APRIL 20, 2022 |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling order of November 23, 2021 [Doc. 29], the undersigned counsel for the parties submit this joint status report.

    **A.**    **Status of Case:**    The parties are actively engaged in the discovery process and written discovery is completed. To date, the parties have completed eight (8) depositions, including the depositions of defendants Armando Perez and James Boulay and six (6) fact witnesses as follows:

- Sarah Urena
- Jazmarie Melendez
- Natasha Tosado
- Chastity Ramirez
- Mario Pecirep
- James Borrico

Plaintiff has noticed the depositions of two (2) additional fact witnesses, Mark Blackwell and Adam Radzmirksi, for April 25th and May 3rd and the parties are in the process of coordinating and scheduling the deposition of DCF employee Astrid Reyes for early May.

4872-3315-0736, v. 1

The parties have met great difficulty attempting to locate and serve the following witnesses: Jadalyss Perez, Julian Fyffe and Juan Negron. The depositions of these three (3) witnesses have been scheduled multiple times, but each time the process server has been unable to make service, despite the parties' best efforts to secure the cooperation of these witnesses. The parties have met and conferred about these three witnesses multiple times and have agreed that, while the testimony of these witnesses will likely not impact the resolution of anticipated dispositive motions, the parties jointly plan to ask the Court for permission to preserve their right to seek the deposition of these witnesses prior to trial, if the case is tried.

**B.    Referral to a Magistrate:**   The parties certify that they have considered the potential benefits of attempting to settle this case before undertaking significant discovery or motion practice. However, settlement is currently unlikely. As such, the parties have not yet agreed that a settlement conference is appropriate.

**C.    Consent to Trial by a Magistrate:**   The parties do not agree to a trial by a Magistrate.

**D.    Estimated Length of Trial:**   Discovery is ongoing and, accordingly, the parties have not finalized their trial plans. Based on the information in their possession, they presently estimate that the trial of this matter, including jury selection, will require approximately three to five days.

PLAINTIFF, CHRISTOPHER GOULDEN

BY /ss/ Alexander T. Taubes
Alexander T. Taubes, Esq.
470 James Street, Suite 007
New Haven, CT 06513
Bar ID: ct30100
(203) 909-0048
alextt@gmail.com

4872-3315-0736, v. 1

DEFENDANTS, ARMANDO PEREZ AND
CITY OF BRIDGEPORT

BY  /ss/ James N. Tallberg
James N. Tallberg
Federal Bar No.: ct17849
Andrew J. Glass
Federal Bar No.: ct30054
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860) 233-5600
F: (860) 233-5800
jtallberg@kt-lawfirm.com

DEFENDANT, JAMES BOULAY

BY  /ss/ Richard C. Buturla
Richard C. Buturla
Federal Bar No.: ct28716
Berchem Moses P.C.
75 Broad Street
Milford, CT 06460
(203) 783-1200
RCButurla@berchemmoses.com