UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER GOULDEN, AS | : | CIV. NO.3:20CV400(JBA) |
| ADMINISTRATOR OF THE ESTATE OF | : | |
| JAYSON NEGRON, | : | |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JAMES BOULAY, ARMANDO PEREZ & | : | |
| CITY OF BRIDGEPORT, | : | AUGUST 9, 2022 |
|     Defendants. | | |

MOTION FOR CONTINUANCE OF PRE-SETTLEMENT CONFERENCE

Pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 7(b), undersigned counsel for defendants, ARMANDO PEREZ and the CITY OF BRIDGEPORT, respectfully move for a continuance of the pre-settlement conference currently scheduled for August 22, 2022.  In support of this motion, the defendants represent as follows:

    1.    On August 8, 2022, the Court scheduled a telephonic pre-settlement conference for status conference for August 22, 2022.

    2.    On August 22, 2022, the undersigned defense counsel has an immovable scheduling conflict and will be unavailable to participate in the conference.

    3.    All parties are available on the afternoons of August 25 and August 29, if the Court is able to accommodate them on any of these dates.

    4.    Pursuant to Local rule 7(b)(3), counsel for all parties was consulted and do not object to the requested continuance.

    5.    There is good cause for this request, as set forth above.

WHEREFORE, defendants respectfully requests that this motion be granted, and the pre-settlement conference rescheduled for one of the foregoing alternate dates.

DEFENDANTS, ARMANDO PEREZ AND CITY OF BRIDGEPORT

BY  /ss/ James N. Tallberg
James N. Tallberg
Federal Bar No.: ct17849
Andrew J. Glass
Federal Bar No.: ct30054
Karsten & Tallberg, LLC
500 Enterprise Dr., Suite 4B
Rocky Hill, CT 06067
T: (860) 233-5600
F: (860) 233-5800
jtallberg@kt-lawfirm.com

## CERTIFICATION

I hereby certify that on August 9, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

/ss/ James N. Tallberg
James N. Tallberg