UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Goulden,
   *Plaintiff,*

v.

Perez,
   *Defendant.*

No. 20-cv-400 (JBA)

**ORDER OF DISMISSAL ON REPORT OF SETTLEMENT**

Counsel reported that this matter has been settled and that no further action is required. This case will now be dismissed.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the Court's file), they may move to re-open the case by December 29, 2022.

Request to extend this date may be made by motion filed under D. Conn. L. Civ. R. 7(b)(2).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 30th day of November 2022